IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SDB TRADE INTERNATIONAL, L.P., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3502 |
| | § | |
| DAEBO SHIPPING CO., LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO DESIGNATE
RESPONSIBLE THIRD PARTIES**

Defendant Richway Cartage, Inc.'s Motion to Designate Responsible Third Parties under Section 33.004 of the Texas Civil Practices & Remedies Code is granted.

Daebo Shipping Co., Ltd., Phoenix Transport & Services, Inc., Acme Truck Line, Inc., Sammy Smith Trucking, Venture Transport Logistics, LLC, Trout Trucking, Inc., Rodco Trucking, Tejas Logistics Systems/Tejas Transportation, Ketran Couriers & Transporters, LTI Transportation, ETI Transportation, Lazo Transport, and TCX Logistics are designated as responsible third parties under the statute.

SIGNED on June 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge